FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 2 3 2012
er

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 12-1245 |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2): Felon in Possession of a Firearm and Ammunition. |
| **MICHAEL SEGURA,** | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about March 26, 2012, in Bernalillo County, in the District of New Mexico, the defendant, **MICHAEL SEGURA**, having been convicted in the District Court of Bernalillo County, New Mexico, of the following felony crimes punishable by imprisonment for a term exceeding one year:

1. escape from jail in cause number CR-2000-00212;
2. robbery in cause number CR-2000-01990;
3. robbery in cause number 2001-00711

knowingly possessed, in and affecting commerce, a firearm and ammunition: to wit,

1. a Smith and Wesson, model SW40V, .40 caliber semiautomatic pistol, serial number PAN 8176;
2. approximately five (5) rounds of Federal brand .40 caliber cartridge ammunition; and
3. approximately five (5) rounds of Winchester brand .40 caliber cartridge ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

05/15/12 3:37PM