FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 13 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL SEGURA,

Defendant.

CRIMINAL NO. 12-CR-01245

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR TEMPORARY CUSTODY OF DEFENDANT

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of Metropolitan Detention Center, Albuquerque, New Mexico, it is:

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of Metropolitan Detention Center to surrender Michael Segura to the United States Marshal for the District of New Mexico or his representative in order that Michael Segura may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable United States Magistrate Judge Alan C. Torgerson on Wednesday, September 19, 2012, at 9:30 a.m., and at such time and place as may later be designated by the Court from time to time thereafter until the federal prosecution in the above-captioned case is concluded in its entirety.

IT IS FURTHER ORDERED that, unless and until Michael Segura is sentenced by the State, the United States Marshal is authorized to return Michael Segura to the custody from whence he came during the pendency of this action when his presence is not needed. If Michael Segura is sentenced by the State, the United States Marshal shall not return Michael Segura to

the State until the federal prosecution in the above-captioned case is concluded.

IT IS FURTHER ORDERED that, if Michael Segura is returned from whence he came prior to the conclusion of the federal prosecution in the above-captioned matter, the Sheriff or Warden of Metropolitan Detention Center shall release Michael Segura to the United States Marshal for the District of New Mexico or his representative, from time to time when his presence is required, until the federal prosecution in the above-captioned case is concluded in its entirety.

Upon the conclusion of the federal prosecution in the above-captioned cause, the United States Marshals Service shall return Michael Segura to the custody from whence he came, unless otherwise directed.

Honorable Judge Alan C. Torgerson
United States Magistrate Judge